No. 275. ISABELLA SAMUELS, FORMERLY ISABELLA OSBORNE, ET AL. *v.* JOE H. CHILDERS. Error to the Supreme Court of the State of Oklahoma. Submitted April 27, 1926. Decided May 3, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. John Tomerlin* and

*Edgar A. deMueles* for plaintiffs in error.   *Messrs. James D. Simms* and *James C. Denton* for defendant in error.